Wyatt HESSING, Plaintiff–Appellant,

v.

Gary P. BRUNELLE, Police Officer; Ericca Figueroa, Police Officer; Joseph Guzdowski, Police Officer, Defendants–Appellees.

No. 14–6025.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 2, 2014.

Wyatt Hessing, Appellant Pro Se.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wyatt Hessing appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action without prejudice under Fed.R.Civ.P. 41(b), for failure to comply with a prior court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hessing v. Brunelle,* No. 3:13–cv–00595–HEH (E.D.Va. Dec. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*